# Exhibit 7

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact
BACK TO SCHOOL Shop smarter
My eBay
ebay
Shop by category
Search...
All Categories
Search
Advanced
Back to search results | Listed in category: Collectibles > Photographic Images > Risqué > Contemporary (1940-Now)
BUY 3, GET 1 FREE (add 4 to cart) See all eligible items
Amy Weber 8x10 photo picture AMAZING Must See!! #11
Item condition: --
Time left: 29d 07h 9/15, 5:51PM
Add to watch list
Price: US $6.99
Buy It Now
Add to cart
Add to watch list
Add to collection
Free shipping
30-day returns
Located in United States
Seller information
halidoncorporation (2476)
99.9% Positive feedback
Top Rated Plus
Follow this seller
Visit store: Halidon Corporation
See other items
Mouse over image to zoom
Have one to sell? Sell now
Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide
Delivery: Estimated between Sat. Aug. 20 and Mon. Aug. 29
Payments: PayPal VISA
Credit Cards processed by PayPal
PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details
Returns: 30 days money back or replacement, buyer pays return shipping | See details
Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.
BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items
Buy Any 3 8x10 photos Get Another 1 FREE
Discount will be applied when you add promotional items from halidoncorporation to your cart
All promotional offers from halidoncorporation
Current item
Amy Weber 8x10 photo picture
Mariah Carey 8x10 photo
Lindsay Lohan 8x10 photo
See all
Save now! Buy 3 more
Amy Weber 8x10 phot... $6.99
Subtotal: US $6.99
Add to cart

AMAZING Must See!! #11 — $6.99

picture AMAZING Must See!! #4 — $6.99

picture AMAZING Must See!! #50 — $6.99

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

Description | Shipping and payments | Report item

eBay item number: 322230520823

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476) 99.9%
Sign up for newsletter

Visit Store: Halidon Corporation

# BUY ANY 3 GET ANOTHER 1 FREE!!

**All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various oter larger or smaller sizes. Please email us for a pricing quote.**

**Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.**

**Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.**

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results | Return to top

More to explore : Shea Weber Photo NHL Fan Apparel & Souvenirs, Photo Cube Picture Frames, Photo Holder Picture Frames, Umbra Photo Holder Picture Frames, Unbranded Photo Holder Picture Frames, "Handmade" Photo Holder Picture Frames

About eBay Announcements Community Security Center Resolution Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice









# Exhibit 8

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact BACK TO SCHOOL Shop smarter My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

BUY 3, GET 1 FREE (add 4 to cart) See all eligible items ▸

## Amy Weber 8x10 photo picture AMAZING Must See!! #13

Add to watch list

Item condition: --

Time left: 29d 07h 9/15, 5:51PM

Price: US $6.99

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Seller information
halidoncorporation (2476 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Mouse over image to zoom

$ Have one to sell? Sell now

Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide

Delivery: Estimated between Sat. Aug. 20 and Mon. Aug. 29

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

Current item

Amy Weber 8x10 photo picture

Tanya Roberts 8x10 photo

Tanya Roberts 8x10 photo

See all

Save now! Buy 3 more

| | |
|---|---|
| Amy Weber 8x10 phot... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

AMAZING Must See!! #13 | picture AMAZING Must See!! #41† | picture AMAZING Must See!! #46†

$6.99 | $6.99 | $6.99

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

Description | Shipping and payments | Report item

eBay item number: 322230520953

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ★) 99.9%
Sign up for newsletter

Visit Store: Halidon Corporation

## BUY ANY 3 GET ANOTHER 1 FREE!!

**All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various oter larger or smaller sizes. Please email us for a pricing quote.**

**Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.**

**Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.**

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links









| Weber Genesis Premium EP- | Weber 18 Jumbo Joe Charcoal Grill | Weber Ranch Kettle Charcoal | Weber Summit S-420 Stainless | Weber Summit S-660 Built-In | Weber Genesis EP-330 Liquid | Weber Stainless Steel Cooking | Weber Blue Performer Deluxe |
|---|---|---|---|---|---|---|---|
| $769.00 ~~$919.00~~ | $59.99 | $1,299.00 | $1,499.00 | $2,699.00 ~~$2,999.00~~ | $749.00 ~~$849.00~~ | $119.99 | $399.99 ~~$499.00~~ |
| Free Shipping | Free Shipping | | | Free Shipping | Free Shipping | Free Shipping | |
| ShoppersChoic… | Walmart.com | Abt Electronics | Abt Electronics | ShoppersChoic… | Abt Electronics | Walmart.com | Crate & Barrel |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results Return to top

More to explore : Shea Weber Photo NHL Fan Apparel & Souvenirs, Photo Cube Picture Frames, Photo Holder Picture Frames, Umbra Photo Holder Picture Frames, Unbranded Photo Holder Picture Frames, "Handmade" Photo Holder Picture Frames

About eBay Announcements Community Security Center Resolution Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

UP TO 70% OFF
AND FREE SHIPPING
Shop top brands ▸
ebay deals

ebay
MONEY BACK GUARANTEE
Get the item you ordered
or your money back
on virtually all items.
Learn more

LEARN HOW TO
EARN $30 BACK
as a statement credit if you are approved for a
new eBay MasterCard® account.
Learn More



# Exhibit 9

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact
Shop smarter
My eBay
Shop by category
Search...
All Categories
Search
Advanced
Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies
BUY 3, GET 1 FREE (add 4 to cart) See all eligible items
Amy Weber 8x10 photo picture AMAZING Must See!! #15
1 watched in last 24 hours
Item condition: --
Time left: 29d 07h 9/15, 5:51PM
Add to watch list
Price: US $6.99
Buy It Now
Add to cart
1 watching
Add to watch list
Add to collection
Free shipping
30-day returns
Located in United States
Seller information
halidoncorporation (2476)
99.9% Positive feedback
Top Rated Plus
Follow this seller
Visit store: Halidon Corporation
See other items
Mouse over image to zoom
Have one to sell? Sell now
Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide
Delivery: Estimated between Sat. Aug. 20 and Mon. Aug. 29
Payments: PayPal
Credit Cards processed by PayPal
PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details
Returns: 30 days money back or replacement, buyer pays return shipping | See details
Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.
BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items
Buy Any 3 8x10 photos Get Another 1 FREE
Discount will be applied when you add promotional items from halidoncorporation to your cart
All promotional offers from halidoncorporation
Current item
See all
Save now! Buy 3 more
Amy Weber 8x10 phot... $6.99
Subtotal: US $6.99
Add to cart

Amy Weber 8x10 photo picture AMAZING Must See!! #15

$6.99

Tanya Roberts 8x10 photo picture AMAZING Must See!! #41t

$6.99

Tanya Roberts 8x10 photo picture AMAZING Must See!! #46t

$6.99

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

Description | Shipping and payments

Report item

eBay item number: 222221719461

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ★) 99.9%

Sign up for newsletter

Visit Store: Halidon Corporation

## BUY ANY 3 GET ANOTHER 1 FREE!!

**All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various oter larger or smaller sizes. Please email us for a pricing quote.**

**Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.**

**Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.**

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links



Weber Genesis | Weber 18 Jumbo | Weber Ranch | Weber Summit S- | Weber Summit S- | Weber Genesis | Weber Stainless | Weber Blue

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

Return to top

More to explore : Shea Weber Photo NHL Fan Apparel & Souvenirs, 15" Digital Photo Frame, Photo Cube Picture Frames, Photo Holder Picture Frames, Aluratek 15" Digital Photo Frame, Umbra Photo Holder Picture Frames

About eBay Announcements Community Security Center Resolution Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice









# Exhibit 10

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact
BACK TO SCHOOL Shop smarter
My eBay
Shop by category
Search...
All Categories
Search
Advanced
Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies
BUY 3, GET 1 FREE (add 4 to cart) See all eligible items
Amy Weber 8x10 photo picture AMAZING Must See!! #22
1 watched in last 24 hours
Item condition: --
Add to watch list
Time left: 29d 07h 9/15, 5:52PM
Price: US $6.99
Buy It Now
Add to cart
1 watching
Add to watch list
Add to collection
Free shipping
30-day returns
Located in United States
Seller information
halidoncorporation (2476 )
99.9% Positive feedback
Top Rated Plus
Follow this seller
Visit store: Halidon Corporation
See other items
Mouse over image to zoom
Have one to sell? Sell now
Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide
Delivery: Estimated between Sat. Aug. 20 and Mon. Aug. 29
Payments: PayPal VISA DISCOVER
Credit Cards processed by PayPal
PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details
Returns: 30 days money back or replacement, buyer pays return shipping | See details
Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.
BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items
Buy Any 3 8x10 photos Get Another 1 FREE
Discount will be applied when you add promotional items from halidoncorporation to your cart
All promotional offers from halidoncorporation
Current item
See all
Save now! Buy 3 more
Amy Weber 8x10 phot... $6.99
Subtotal: US $6.99
Add to cart



Amy Weber 8x10 photo picture AMAZING Must See!! #22

$6.99

Tanya Roberts 8x10 photo picture AMAZING Must See!! #41t

$6.99

Tanya Roberts 8x10 photo picture AMAZING Must See!! #46t

$6.99

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

Description | Shipping and payments | Report item

eBay item number: 222221719840

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ★) 99.9%
Sign up for newsletter

Visit Store: Halidon Corporation

## BUY ANY 3 GET ANOTHER 1 FREE!!

**All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various oter larger or smaller sizes. Please email us for a pricing quote.**

**Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.**

**Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.**

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

Sponsored Links



16% OFF
10% OFF
12% OFF

Weber Genesis Weber Ranch Weber Summit S- Weber Summit S- Weber Genesis Weber Stainless Weber 22.5 One- Weber Summit

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results Return to top

More to explore : Shea Weber Photo NHL Fan Apparel & Souvenirs, 17" x 22" C Printer Photo Paper, Photo Cube Picture Frames, Photo Holder Picture Frames, Umbra Photo Holder Picture Frames, Unbranded Photo Holder Picture Frames

About eBay Announcements Community Security Center Resolution Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

UP TO 70% OFF
AND FREE SHIPPING
Shop top brands ▸
ebay deals

ebay
MONEY BACK GUARANTEE
Get the item you ordered
or your money back
on virtually all items.
Learn more

MoneyGram.
money transfer
SEND MONEY
ANYWHERE, FROM
ANYWHERE.
MONEYGRAM.COM
Transfer fees starting at $0*
Send Now >>
*FX rates may apply



# Exhibit 11

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact
BACK TO SCHOOL Shop smarter
My eBay
ebay
Shop by category
Search...
All Categories
Search
Advanced
Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies
BUY 3, GET 1 FREE (add 4 to cart) See all eligible items
Amy Weber 8x10 photo picture AMAZING Must See!! #26
1 viewed per hour
Item condition: --
Add to watch list
Time left: 29d 07h 9/15, 5:52PM
Price: US $6.99
Buy It Now
Add to cart
1 watching
Add to watch list
Add to collection
Free shipping
30-day returns
Located in United States
Seller information
halidoncorporation (2476 )
99.9% Positive feedback
Top Rated Plus
Follow this seller
Visit store: Halidon Corporation
See other items
Mouse over image to zoom
Have one to sell? Sell now
Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide
Delivery: Estimated between Sat. Aug. 20 and Mon. Aug. 29
Payments: PayPal VISA DISCOVER
Credit Cards processed by PayPal
PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details
Returns: 30 days money back or replacement, buyer pays return shipping | See details
Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.
BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items
Buy Any 3 8x10 photos Get Another 1 FREE
Discount will be applied when you add promotional items from halidoncorporation to your cart
All promotional offers from halidoncorporation
Current item
See all
Save now! Buy 3 more
Amy Weber 8x10 phot… $6.99
Subtotal: US $6.99
Add to cart

Amy Weber 8x10 photo picture AMAZING Must See!! #26

**$6.99**

Tanya Roberts 8x10 photo picture AMAZING Must See!! #41t

**$6.99**

Tanya Roberts 8x10 photo picture AMAZING Must See!! #46t

**$6.99**

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

Description | Shipping and payments | Report item

eBay item number: 322230521786

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ★) 99.9%
Sign up for newsletter

Visit Store: Halidon Corporation

# BUY ANY 3 GET ANOTHER 1 FREE!!

**All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various oter larger or smaller sizes. Please email us for a pricing quote.**

**Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.**

**Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.**

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links



Weber Genesis | Weber 18 Jumbo | Weber Ranch | Weber Summit S- | Weber Summit S- | Weber Genesis | Weber Stainless | Weber Blue

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results Return to top

More to explore : Shea Weber Photo NHL Fan Apparel & Souvenirs, Photo Cube Picture Frames, Photo Holder Picture Frames, Umbra Photo Holder Picture Frames, Unbranded Photo Holder Picture Frames, "Handmade" Photo Holder Picture Frames

About eBay Announcements Community Security Center Resolution Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice





