# Exhibit 12



Product (/products/)   Plans (/plans/)   Resources (/resources/)   Community (/blog/)   Partners (/partners/)   About (/about/)

Free Trial (https://www.terapeak.com/subscription/trial#?pgroup=professional&orderInfluence=worth)

(/)   Login (https://data.terapeak.com/)

# What's it worth?

[Type your search here.]   **Search**

Home (//www.terapeak.com/worth/) / Categories (//www.terapeak.com/worth/categories/) / Collectibles (//www.terapeak.com/worth/categories/collectibles/) / Amy Weber 8x10 Photo Picture Amazing Must See!! #11

## Amy Weber 8x10 Photo Picture Amazing Must See!! #11

Purchase:
☐ eBay  ☐ Amazon  ☐ Walmart
⦿ No Compare

**Buy Now** (//rover.ebay.com...53200-19255-0/1?icep_ff3=2&pub=...NRA7cZa5neJX...&ipn=p...)

Compare:
☑ eBay  ☑ Amazon
☑ Walmart

Compare ()

🔔 Set Price Alert

Platform: eBay US

(HTTPS://WWW...AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/)

If you see a photo that you like, we can also print them in various sizes and glossy photos. Please visit our ebay store. We sell 8x10 photos. We still ship within 1 business days of receiving payment.

Shipping charges will be free via USPS first class mail with tracking. Please don't forget to check out our other great items for sale. So buy with confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/) AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #11

AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #11/322230520823/

AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #11

&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/7/9/AMY-945A3F5788975EEDBD6D93B9B3D24029.JPG&DESCRIPTION=AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #11)

## Related Products

   






Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300287497041/)

Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress-37/300281269261/)

Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt 10 (//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-shirt-10/290369038923/)

Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556779/)

## Best Selling items on eBay






| | |
|---|---|
| 11 Inch Stainless Steel Watermelon Cantaloupe Melon Fruit Slicer Cutter (//www.terapeak.com/hotlist/11-inch-stainless-steel-watermelon-...) | |
| AVERAGE PRICE | NUMBER SOLD |
| $12.99 | 934 |

| | |
|---|---|
| Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy (//www.terapeak.com/hotlist/luxury-...) | |
| AVERAGE PRICE | NUMBER SOLD |
| $5.26 | 370 |

| | |
|---|---|
| Rubberized Hard Case Shell +Keyboard Cover for Macbook Pro 13/15" Air 11/13"inch (//www.terapeak.com/hotlist/rubberize...) | |
| AVERAGE PRICE | NUMBER SOLD |
| $12.48 | 282 |

| | |
|---|---|
| New Genuine Real Leather Photo Flip Wallet Case Cover For Samsung Galaxy Models (//www.terapeak.com/hotlist/new-...) | |
| AVERAGE PRICE | NUMBER SOLD |
| $7.96 | 271 |

## Blog & How to sell on eBay

Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0... moment-holiday-business-tips-for-...)

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/14... ways-to-extend-holiday-success-by-...)

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/0... simple-mistakes-that-can-slow-...)

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0... eight-most-important-days-for-...)

Frame The Alphabet
Save Up To 75% During The Holidays. Create Your Own Letter Art & Save Big! Go to framethealphabet.com/Holiday/Specials

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? (HTTPS://TWITTER.COM/SHARE?URL=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/&TEXT=AMY (HTTPS://PLUS.GOOGLE.COM/SHARE? (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-(HTTPS://PINTEREST.COM/PIN/CREATE/BUTTON/?

© 2016 Terapeak Inc.

Privacy Policy (//www.terapeak.com/policies/privacy)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/)

MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/)

HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/&TITLE=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

# Exhibit 13

Amy Weber 8x10 Photo Picture Amazing Must See!! #13 - What's it worth? 12/6/16, 9:39 AM

Product (/products/)   Plans (/plans/)   Resources (/resources/)   Community (/blog/)   Partners (/partners/)   About (/about/)

Free Trial (https://www.terapeak.com/subscription/trial#?pgroup=professional&orderInfluence=worth)

(/)   Login (https://data.terapeak.com/)

# What's it worth?

Type your search here.    Search

Home (//www.terapeak.com/worth/)  /  Categories (//www.terapeak.com/worth/categories/)  /  Collectibles (//www.terapeak.com/worth/categories/collectibles/)  /  Amy Weber 8x10 Photo Picture Amazing Must See!! #13

## Amy Weber 8x10 Photo Picture Amazing Must See!! #13





Purchase:   ☑ eBay  ☐ Amazon  ☐ Walmart   **Buy Now** (/rover.ebay.com...53200-19255-0/1?icep_ff3=9&pub=...NRA7cZa5neJXB...&icep_...)

⦿ No Compare

Compare:   ☑ eBay  ☑ Amazon  ☑ Walmart        Compare ( )

                                           🔔 Set Price Alert

Platform:                                   eBay US



### 60% Off Custom Poster Prints

100% Guarantee-Pro Lab Quality. Fast Service. Upload Photos Now!

posterprintouse.com



If you see a photo that you like, chances are we also print them in various other formats and sizes.
Please visit http://www.ebay.com/sch/weber609/m.html to see our great 8x10 photos. We will ship within 1 business days of receiving payment.

Shipping charges will be free via USPS first class mail with tracking. Please don't forget to check out our other great items for sale. So buy with confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

(HTTPS://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/?MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/9/F/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13-50F27EE8602FBFB4DB297C02B799B61C.JPG&DESCRIPTION=AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #13)

### Related Products

      


Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-

Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-

Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt 10 (//www.terapeak.com/worth/adriana-

Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-

## Best Selling items on eBay

New 13-Gallon Touch-Free Sensor Automatic Stainless-Steel Trash Can Kitchen 50R (//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $29.25 | 2135 |

Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy (//www.terapeak.com/hotlist/luxury-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $5.26 | 370 |

NEW 60W AC Power Adapter Charger for 13" Apple Macbook Pro A1278 2009-2011 L-Tip (//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $13.53 | 321 |

Rubberized Hard Case Shell +Keyboard Cover for Macbook Pro 13/15" Air 11/13"inch (//www.terapeak.com/hotlist/rubberize

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $12.48 | 282 |

## Blog & How to sell on eBay

blog image

Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0 moment-holiday-business-tips-for-

blog image

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/1 ways-to-extend-holiday-success-by-

blog image

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/0 simple-mistakes-that-can-slow-

blog image

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0 eight-most-important-days-for-

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=...)



© 2016 Terapeak Inc. [Privacy Policy](http://www.terapeak.com/policies/privacy)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/)

TERAPEAK.COM/WORTH/MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/)

HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/)

TERAPEAK.COM/WORTH/MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953?UTM_MEDIUM=MARILYN MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953?UTM_MEDIUM=MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES

# Exhibit 14

Product (/products/)   Plans (/plans/)   Resources (/resources/)   Community (/blog/)   Partners (/partners/)   About (/about/)

Free Trial (https://www.terapeak.com/subscription/trial#?pgroup=professional&orderInfluence=worth)

(/)   Login (https://data.terapeak.com/)

## What's it worth?

[Type your search here.]   Search

Home (//www.terapeak.com/worth/) / Categories (//www.terapeak.com/worth/categories/) / Collectibles (//www.terapeak.com/worth/categories/collectibles/) / Amy Weber 8x10 Photo Picture Amazing Must See!! #15

### Amy Weber 8x10 Photo Picture Amazing Must See!! #15



Purchase:  ☑ eBay  ☐ Amazon  ☐ Walmart  ◉ No Compare

Buy Now (//rover.ebay.com...53200-19255-0/1?icep_ff3=9&pub=...NRA7cZa5neJXB...)

Compare:  ☑ eBay  ☑ Amazon  ☑ Walmart

Compare ()

🔔 Set Price Alert

Platform:   eBay US



If you see a photo that you like you can also print them in various photo paper or photo prints. Please visit my ebay store with at least 1 business 8x10 photos. We will ship within 1 business days of receiving payment.

Shipping charges will be free via USPS first class mail with tracking. Please don't forget to check out our other great items for sale. So buy with confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

(HTTPS://WWW... WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/) AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #15 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/ ... 4EB44543AB7F604B5E4946117DC450A3.JPG&DESCRIPTION=AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #15)

### Related Products

   


/www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300287487041/)
(//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress-37/300281269261/)
(//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-shirt-10/290369038923/)
(//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556779/)
(//www.terapeak.com/worth/... ha... sex... 4/...

Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-

Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-

Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt 10 (//www.terapeak.com/worth/adriana-

Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-

## Best Selling items on eBay

Siser Easyweed Heat Transfer Vinyl 15" x 12" (1 Foot) OVER 35 COLORS! (//www.terapeak.com/hotlist/siser-easyweed-heat-transfer-vinyl-15-x-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $1.98 | 1558 |

Siser Easyweed Heat Transfer Vinyl Material T-Shirt 15" x 1 foot - 59 COLORS (//www.terapeak.com/hotlist/siser-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $2.05 | 853 |

New Siser Easyweed IRON-ON Heat Transfer Vinyl 15" x 12" (Foot) - 61 Colors (//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $2.08 | 678 |

eBay Gift Card $15 to $200 - Email Delivery (//www.terapeak.com/hotlist/ebay-gift-card-15-to-200-email-delivery-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $98.83 | 639 |

## Blog & How to sell on eBay

blog image
(//www.terapeak.com/blog/2016/12/04/terapeak-last-moment-holiday-business-tips-for-online-sellers-on-ebay/)
Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0... moment-holiday-business-tips-for-

blog image
(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)
Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/1... ways-to-extend-holiday-success-by-

blog image
(//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-holiday-sales/)
Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/0... simple-mistakes-that-can-slow-

blog image
(//www.terapeak.com/blog/2016/11/... eight-most-important-days-for-online-sellers-in-2016/)
The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0... eight-most-important-days-for-

(//www... reminders... success

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP ... LINKEDIN.COM/SHAREARTICLE ... /CREATE/BUTTON/?



© 2016 Terapeak Inc.

Privacy Policy (http://www.terapeak.com/policies/privacy)

[Links: U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/ | MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/ | HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/ | MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 | HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/ ... MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES ... MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)]

# Exhibit 15

Product (/products/)   Plans (/plans/)   Resources (/resources/)   Community (/blog/)   Partners (/partners/)   About (/about/)

Free Trial (https://www.terapeak.com/subscription/trial#?pgroup=professional&orderInfluence=worth)

Login (https://data.terapeak.com/)

# What's it worth?

[ Type your search here. ]   **Search**

Home (//www.terapeak.com/worth/) / Categories (//www.terapeak.com/worth/categories/) / Collectibles (//www.terapeak.com/worth/categories/collectibles/) / Amy Weber 8x10 Photo Picture Amazing Must See!! #22

## Amy Weber 8x10 Photo Picture Amazing Must See!! #22





**Purchase:**   ☑ eBay ◯ Amazon ◯ Walmart   ◉ No Compare

**Buy Now** (//rover.ebay.com...53200-19255-0/1?icep_ff3=9&pub=...NRA7cZa5neJXE...&icep_...)

**Compare:**   ☑ eBay ☑ Amazon ☑ Walmart   **Compare** ()

🔔 Set Price Alert

**Platform:** eBay US

If you see a photo that you love we can also print them in various photo and poster paper types. Please visit our ebay store to see our great 8x10 photos. We will ship out 1 business days of receiving payment.

Shipping charges will be free via USPS first class mail with tracking. Please don't forget to check out our other great items for sale. So Buy with confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

(HTTPS://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/?MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/F/6/AMY-CF43CC000F062F2890C046BA6467308E.JPG&DESCRIPTION=AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #22)

## Related Products

         






Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300287497041/)

Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress-37/300281269261/)

Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt 10 (//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-shirt-10/290369038923/)

Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556779/)

## Best Selling items on eBay






**Titanium Ionic Sports Baseball Necklace 16" 18" 20" 22" 3-rope Tornado Braid** (//www.terapeak.com/hotlist/titanium-...)
AVERAGE PRICE $1.65  NUMBER SOLD 525

**Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy** (//www.terapeak.com/hotlist/luxury-...)
AVERAGE PRICE $5.26  NUMBER SOLD 370

**New Genuine Real Leather Photo Flip Wallet Case Cover For Samsung Galaxy Models** (//www.terapeak.com/hotlist/new-...)
AVERAGE PRICE $7.96  NUMBER SOLD 271

**New LIP KIT BY KYLIE JENNER-KOKO-CANDY-DOLCE-POSIE-22-MARY JO-TRUE BROWN GLOSS** (//www.terapeak.com/hotlist/new-...)
AVERAGE PRICE $50.61  NUMBER SOLD 186

## Blog & How to sell on eBay

Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0...moment-holiday-business-tips-for-...)

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/14/...ways-to-extend-holiday-success-by-...)

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/08/...simple-mistakes-that-can-slow-...)

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0...eight-most-important-days-for-...)



(HTTPS://WWW.FACEBOOK.COM/SHARER.PHP? ... GOOGLE.COM/SHAREPIN:PINTEREST.COM/ ... )

© 2016 Terapeak Inc.

Privacy Policy (http://www.terapeak.com/policies/privacy)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

(HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

(HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

(HTTP://WWW.TERAPEAK.COM/WORTH/MARILYN-MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

(HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/MARILYN-MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

# Exhibit 16

Product (/products/)    Plans (/plans/)    Resources (/resources/)    Community (/blog/)    Partners (/partners/)    About (/about/)

Free Trial (https://www.terapeak.com/subscription/trial#?pgroup=professional&orderInfluence=worth)

Login (https://data.terapeak.com/)

## What's it worth?

[Type your search here.]    Search

Home (//www.terapeak.com/worth/)  /  Categories (//www.terapeak.com/worth/categories/)
/  Collectibles (//www.terapeak.com/worth/categories/collectibles/)  /  Amy Weber 8x10 Photo Picture Amazing Must See!! #26

# Amy Weber 8x10 Photo Picture Amazing Must See!! #26

Purchase:    Buy Now (//rover.ebay.com...)
☑ eBay  ◯ Amazon  ◯ Walmart
◉ No Compare

Compare:    Compare ()
☑ eBay  ☑ Amazon
☑ Walmart

🔔 Set Price Alert

Platform:    eBay US

If you see a photo that we link to we can also print them in various photo paper options. Please visit our ebay store to see the great 8x10 photos. We will ship the 1 business days of receiving payment.

Shipping charges will be free via USPS first class mail with tracking. Please don't forget to check out our other great items for sale. So buy with confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

(HTTPS://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/?MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/E/F/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/19F5A096BCD8588634C3ED4E8D07B88A.JPG&DESCRIPTION=AMY WEBER 8X10 PHOTO PICTURE AMAZING MUST SEE!! #26)

## Related Products

   






Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300287487041/)

Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress-37/300281269261/)

Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt 10 (//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-shirt-10/290369038923/)

Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556779/)

## Best Selling items on eBay






Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy (//www.terapeak.com/hotlist/luxury-...)
AVERAGE PRICE  NUMBER SOLD
$5.26           370

New Genuine Real Leather Photo Flip Wallet Case Cover For Samsung Galaxy Models (//www.terapeak.com/hotlist/new-...)
AVERAGE PRICE  NUMBER SOLD
$7.96           271

10Ft Adjustable Background Support Stand Photo Backdrop Crossbar Kit Photography (//www.terapeak.com/hotlist/10ft-...)
AVERAGE PRICE  NUMBER SOLD
$27.63          168

New Articulating Plasma Swivel LCD LED TV Wall Mount Bracket 19 22 24 26 29 32" (//www.terapeak.com/hotlist/new-...)
AVERAGE PRICE  NUMBER SOLD
$11.12          167

## Blog & How to sell on eBay



Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0...moment-holiday-business-tips-for-...)

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-holiday-sales/)

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0...eight-most-important-days-for-...)



(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? ...CREATE/BUTTON/?...)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)

MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/&TITLE=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/MARILYN-MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

© 2016 Terapeak Inc.

Privacy Policy (//www.terapeak.com/policies/privacy)