# Exhibit 17



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact LABOR DAY DEALS Shop now ▸ My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

BUY 3, GET 1 FREE (add 4 to cart) See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Charisma Carpenter 8x10 photo picture AMAZING Must See!! #5

Item condition: --
"This photo is in Mint Condition"
Time left: 28d 14h 9/29, 10:54PM

| Add to watch list

Price: US $6.99

Buy It Now
Add to cart
Add to watch list
Add to collection

Free shipping | 30-day returns | Located in United States

**Seller information**
halidoncorporation (2543 ★)
99.9% Positive feedback
Top Rated Plus
Follow this seller
Visit store: Halidon Corporation
See other items

Shipping: **FREE** Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Tue. Sep. 6 and Wed. Sep. 14**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

Current item

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Charisma Carpenter 8... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| Charisma Carpenter 8x10 photo picture AMAZING Must See!! #5 | Alyssa Milano 8x10 photo picture AMAZING Must See!! #13aa | Chuck Norris 8x10 photo picture AMAZING Must See!! |
| --- | --- | --- |
| $6.99 | $6.99 | $6.99 |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

---

**Description**  **Shipping and payments**  Report item

Seller assumes all responsibility for this listing.

eBay item number: 222235171462

| Seller Notes: | " This photo is in Mint Condition " |
| --- | --- |

**Halidon Corporation**
halidoncorporation (2543 ★) 99.9%

Visit Store: Halidon Corporation

✉ Sign up for newsletter

---

      BUY 3 GET ANOTHER 1 FREE!! All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other sizes like 4x6 ($1.99) 5x7 ($2.99) 11x14 ($10.00) 13x19 ($15.00). Shipping is always FREE to anywhere in the US and $10.00 for outside the US.

      Please visit our eBay store to find other great photos. We list 500 new photos each week. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 Business day of receiving payment. We ship via USPS First Class Mail. We use a protective plastic sleeve and cardboard and clearly stamp PHOTOGRAPHS DO NOT BEND on the front and back of your envelope to prevent any damage to your photo.

      Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record from our customers. So Buy With Confidence. We will leave you a Positive 5 Star Feedback when you pay and would greatly appreciate you doing the same for us when you the item. Thanks again and if you have ANY questions please feel free to email us.

**Questions and answers about this item**
No questions or answers have been posted about this item.

Ask a question

---

**Sponsored Links**

   

| Charisma Carpenter Photo | Charisma Carpenter Photo - | Charisma Carpenter Hand | Charisma Carpenter Poster | Charisma Carpenter Poster |
|---|---|---|---|---|
| $9.50 | $9.50 | $69.99 | $15.99 | $8.49 |

LEARN HOW TO EARN $30 BACK
as a statement credit if you are approved for a new eBay MasterCard® account.   Learn More

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                                                                     Return to top

More to explore :   Photo Cube Picture Frames,   Photo Holder Picture Frames,   Umbra Photo Holder Picture Frames,   Unbranded Photo Holder Picture Frames,
"Handmade" Photo Holder Picture Frames,   Kikkerland Photo Holder Picture Frames

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved.   User Agreement,   Privacy,   Cookies   and   AdChoice







# Exhibit 18



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact
LABOR DAY DEALS Shop now ▸
My eBay

ebay Shop by category
Search...
All Categories
Search
Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

BUY 3, GET 1 **FREE** (add 4 to cart) See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Charisma Carpenter 8x10 photo picture AMAZING Must See!! #5

Item condition: --

"This photo is in Mint Condition"

Time left: 28d 14h 9/29, 10:54PM

Price: **US $6.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Add to watch list

**Seller information**
halidoncorporation (2543 ★)
99.9% Positive feedback

Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Tue. Sep. 6 and Wed. Sep. 14**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

Current item

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Charisma Carpenter 8... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| Charisma Carpenter 8x10 photo picture AMAZING Must See!! #5 | Alyssa Milano 8x10 photo picture AMAZING Must See!! #13aa | Chuck Norris 8x10 photo picture AMAZING Must See!! |
|---|---|---|
| $6.99 | $6.99 | $6.99 |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

**Description** | Shipping and payments | Report item

eBay item number: 222235171462

Seller assumes all responsibility for this listing.

Seller Notes: " This photo is in Mint Condition "

**Halidon Corporation**
halidoncorporation (2543 ★ )  99.9%

Visit Store: Halidon Corporation

✉ Sign up for newsletter

      BUY 3 GET ANOTHER 1 FREE!! All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other sizes like 4x6 ($1.99) 5x7 ($2.99) 11x14 ($10.00) 13x19 ($15.00). Shipping is always FREE to anywhere in the US and $10.00 for outside the US.

      Please visit our eBay store to find other great photos. We list 500 new photos each week. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 Business day of receiving payment. We ship via USPS First Class Mail. We use a protective plastic sleeve and cardboard and clearly stamp PHOTOGRAPHS DO NOT BEND on the front and back of your envelope to prevent any damage to your photo.

      Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record from our customers. So Buy With Confidence. We will leave you a Positive 5 Star Feedback when you pay and would greatly appreciate you doing the same for us when you the item. Thanks again and if you have ANY questions please feel free to email us.

**Questions and answers about this item**
No questions or answers have been posted about this item.
Ask a question

Sponsored Links

  

| Charisma Carpenter Photo | Charisma Carpenter Photo - | Charisma Carpenter Hand | Charisma Carpenter Poster | Charisma Carpenter Poster |
|---|---|---|---|---|
| $9.50 | $9.50 | $69.99 | $15.99 | $8.49 |

 LEARN HOW TO EARN $30 BACK — as a statement credit if you are approved for a new eBay MasterCard® account.   Learn More

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                                                                                   Return to top
More to explore :   Photo Cube Picture Frames,   Photo Holder Picture Frames,   Umbra Photo Holder Picture Frames,   Unbranded Photo Holder Picture Frames,
"Handmade" Photo Holder Picture Frames,   Kikkerland Photo Holder Picture Frames

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Information Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved.  User Agreement, Privacy, Cookies and AdChoice







# Exhibit 19



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact LABOR DAY DEALS Shop now ▸ My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

## BUY 3, GET 1 FREE (add 4 to cart) See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Charisma Carpenter 8x10 photo picture AMAZING Must See!! #35

Item condition: --

"This photo is in Mint Condition"

Time left: 28d 14h 9/29, 10:52PM

Price: US $6.99

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between Tue. Sep. 6 and Wed. Sep. 14

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Add to watch list

### Seller information
halidoncorporation (2543 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation
See other items

LEARN HOW TO EARN $30 BACK
as a statement credit if you are approved for a new eBay MasterCard® account.
Learn More

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

Current item

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Charisma Carpenter 8... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| | | | |
|---|---|---|---|
| Charisma Carpenter 8x10 photo picture AMAZING Must See!! #35 | Alyssa Milano 8x10 photo picture AMAZING Must See!! #13aa | Chuck Norris 8x10 photo picture AMAZING Must See!! | |
| $6.99 | $6.99 | $6.99 | |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number: 322246512491

Seller assumes all responsibility for this listing.

Seller Notes: " This photo is in Mint Condition "

**Halidon Corporation**
halidoncorporation (2543 ★) 99.9%

Visit Store: Halidon Corporation

✉ Sign up for newsletter

　　　　BUY 3 GET ANOTHER 1 FREE!! All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other sizes like 4x6 ($1.99) 5x7 ($2.99) 11x14 ($10.00) 13x19 ($15.00). Shipping is always FREE to anywhere in the US and $10.00 for outside the US.

　　　　Please visit our eBay store to find other great photos. We list 500 new photos each week. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 Business day of receiving payment. We ship via USPS First Class Mail. We use a protective plastic sleeve and cardboard and clearly stamp PHOTOGRAPHS DO NOT BEND on the front and back of your envelope to prevent any damage to your photo.

　　　　Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record from our customers. So Buy With Confidence. We will leave you a Positive 5 Star Feedback when you pay and would greatly appreciate you doing the same for us when you the item. Thanks again and if you have ANY questions please feel free to email us.

**Questions and answers about this item**
No questions or answers have been posted about this item.
Ask a question

**Sponsored Links**

   

| Charisma Carpenter Photo | Charisma Carpenter Photo - | Charisma Carpenter Hand | Charisma Carpenter Poster | Charisma Carpenter Poster |
|---|---|---|---|---|
| $9.50 | $9.50 | $69.99 | $15.99 | $8.49 |



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results    Return to top

More to explore : Photo Cube Picture Frames, Photo Holder Picture Frames, Umbra Photo Holder Picture Frames, Unbranded Photo Holder Picture Frames, "Handmade" Photo Holder Picture Frames, Kikkerland Photo Holder Picture Frames

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Information Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

  

