# Exhibit 20



# Exhibit 21



# Exhibit 22



# Exhibit 23

