# Exhibit 1





Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact SUN-SOAKED SAVINGS ▸ My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

This is a private listing. Sign in to view your status or learn more about private listings.

BUY 2, GET 1 FREE (add 3 to cart) See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Ali Landry 8x10 photo picture AMAZING Must See!! #3

Item condition: --

Time left: 29d 03h 7/21, 2:37PM

Quantity: 1 2 available

Price: US $6.99

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Add to watch list

**Seller information**
halidoncorporation (2091 ★)
99.9% Positive feedback

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **United States, Europe, Asia, Canada, Brazil**

Delivery: Estimated between **Sat. Jun. 25 and Tue. Jul. 5**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 2, GET 1 FREE (add 3 to cart)* See all eligible items ▸

**All 8x10 Photo's**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

**Current item**

See all

**Save now! Buy 2 more**

| | |
|---|---|
| Ali Landry 8x10 photo ... | $6.99 |
| Subtotal: | US $6.99 |

Ali Landry 8x10 photo picture
AMAZING Must See!! #3

$6.99



Ma... ...oto
pic...
...ee!
#7...

$6...

Add to cart

* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

| **Description** | **Shipping and payments** | **Report item** |

Seller assumes all responsibility for this listing.

eBay item number: 322163298615

**Halidon Corporation**
halidoncorporation (2091 ⭐)    99.9%

Visit Store:    Halidon Corporation

📧 Sign up for newsletter

# BUY ANY 3 GET ANOTHER 1 FREE!!

All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other larger or smaller sizes. Please email us for a pricing quote.

Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

| **Questions and answers about this item** |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

Sponsored Links

20% OFF



| Landry 3-Tier Bathroom Tower | Twin Spring Air Back Supporter | King Spring Air Back Supporter | Landry Bathroom Spacesaver | Queen Spring Air Back Supporter | Full Spring Air Back Supporter | Fanatics Authentic Landry Jones... | Laron Landry Nike NFL Game Day |
|---|---|---|---|---|---|---|---|
| **$310.00** | **$449.00** | **$549.00** | **$630.00** | **$519.00** | **$479.00** | **$47.99** ~~$59.99~~ | **$99.99** |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping | | Free Shipping |
| JCPenney | US - Mattress | US - Mattress | JCPenney | US - Mattress | US - Mattress | FansEdge | Champ Sports |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                           Return to top

**More to explore :**  & Photo Holder Picture Frames,   Photo Cube Picture Frames,   Photo Holder Picture Frames,   Brass Photo Holder Picture Frames,
Bronze Photo Holder Picture Frames,   Rectangle Photo Holder Picture Frames

About eBay        Announcements        Community        Security Center        Resolution Center        Seller Information Center        Policies        Affiliates        Help & Contact        Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# Exhibit 2





Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact SUN-SOAKED SAVINGS ▸ My eBay

Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

This is a private listing. Sign in to view your status or learn more about private listings.

**BUY 2, GET 1 FREE (add 3 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

## Ali Landry 8x10 photo picture AMAZING Must See!! #4

Item condition: --

Time left: 29d 03h 7/21, 2:37PM

Quantity: 1 2 available

Price: **US $6.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

| Add to watch list

**Seller information**
halidoncorporation (2091 ★)
99.9% Positive feedback

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **United States, Europe, Asia, Canada, Brazil**

Delivery: Estimated between **Sat. Jun. 25 and Tue. Jul. 5**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 2, GET 1 FREE (add 3 to cart)* See all eligible items ▸

**All 8x10 Photo's**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

**All promotional offers from halidoncorporation**

**Current item**

See all

**Save now! Buy 2 more**

| | |
|---|---|
| Ali Landry 8x10 photo ... | $6.99 |
| Subtotal: | US $6.99 |

Ali Landry 8x10 photo picture
AMAZING Must See!! #4

**$6.99**



Ma...         oto
pic...        el!
#7...

$6...

* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

**Add to cart**

Tell us what you think
You can change quantities in your cart.

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number:  322163298705

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2091 ⭐)  99.9%                    Visit Store:   Halidon Corporation
📧 Sign up for newsletter

## BUY ANY 3 GET ANOTHER 1 FREE!!

All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other larger or smaller sizes. Please email us for a pricing quote.

Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

---

See what other people are watching 1/4                                          Feedback on our suggestions



**ROY ROGERS GREAT VINTAGE PORTRAIT**

**$26.50**

3 bids



Vintage 1975 Susannah York Roger Moor...

**$14.98**

Buy It Now



JAWS Roy Scheider Brody 1975 35MM SLI...

**$65.00**

Buy It Now or Best offer



Press Photo Viva Italia, Vittorio Gas...

**$18.88** 🏆

Buy It Now or Best offer



LOT OF 6 CELEBRITY ORIGINAL SLIDES JI...

**$11.50**

Buy It Now



Shirley Temple Randolph Scott bound w...

**$57.00**

Buy It Now

Free shipping

## Sponsored Links



Landry 3-Tier Bathroom Tower

**$310.00**

Free Shipping

JCPenney



Twin Spring Air Back Supporter

**$449.00**

Free Shipping

US - Mattress



King Spring Air Back Supporter

**$549.00**

Free Shipping

US - Mattress



Landry Bathroom Spacesaver

**$630.00**

Free Shipping

JCPenney



Queen Spring Air Back Supporter

**$519.00**

Free Shipping

US - Mattress



Full Spring Air Back Supporter

**$479.00**

Free Shipping

US - Mattress



Amazing Herbs - Tongkat Ali

**$16.76** $27.25

LuckyVitamin.com



Fanatics Authentic Landry Jones...

**$47.99** $59.99

FansEdge

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                    Return to top

More to explore :  & Photo Holder Picture Frames,   Photo Cube Picture Frames,   Photo Holder Picture Frames,   Country Photo Holder Picture Frames,   Modern Photo Holder Picture Frames,   Circular Photo Holder Picture Frames

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# Exhibit 3



 

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact SUN-SOAKED SAVINGS ▸ My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

This is a private listing. Sign in to view your status or learn more about private listings.

**BUY 2, GET 1 FREE (add 3 to cart)** See all eligible items ▸

Mouse over image to zoom

Have one to sell? Sell now

# Ali Landry 8x10 photo picture AMAZING Must See!! #2

Item condition: --

Time left: 29d 03h 7/21, 2:37PM

Quantity: 1 2 available

Price: **US $6.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

| Add to watch list

**Seller information**
halidoncorporation (2091 ★)
99.9% Positive feedback

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **United States, Europe, Asia, Canada, Brazil**

Delivery: Estimated between **Sat. Jun. 25 and Tue. Jul. 5**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 2, GET 1 FREE (add 3 to cart)* See all eligible items ▸

**All 8x10 Photo's**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

**Current item**

See all

**Save now! Buy 2 more**

| | |
|---|---|
| Ali Landry 8x10 photo ... | $6.99 |
| Subtotal: | US $6.99 |

Ali Landry 8x10 photo picture
AMAZING Must See!! #2

$6.99

Ma... ...oto
pic... ...ee!
#7...

$6...

* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

**Add to cart**

Tell us what you think

You can change quantities in your cart.

---

| Description | Shipping and payments | Report item |

Seller assumes all responsibility for this listing.

eBay item number:  222161658987

Halidon Corporation
halidoncorporation (2091) ⭐    99.9%

✉ Sign up for newsletter

Visit Store:   Halidon Corporation

## **BUY ANY 3 GET ANOTHER 1 FREE!!**

All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other larger or smaller sizes. Please email us for a pricing quote.

Please visit my eBay store to find other great 8x10 photos. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 business days of receiving payment. Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00. I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way. So buy with confidence. We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item. Thanks again for looking and if you have ANY questions, please feel free to email us.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

See what other people are watching 1/4

Feedback on our suggestions

     

| ROY ROGERS GREAT VINTAGE PORTRAIT | Vintage 1975 Susannah York Roger Moor... | JAWS Roy Scheider Brody 1975 35MM SLI... | Press Photo Viva Italia, Vittorio Gas... | LOT OF 6 CELEBRITY ORIGINAL SLIDES JI... | Shirley Temple Randolph Scott bound w... |
| $26.50 | $14.98 | $65.00 | $18.88 🏆 | $11.50 | $57.00 |
| 3 bids | Buy It Now | Buy It Now or Best offer | Buy It Now or Best offer | Buy It Now | Buy It Now Free shipping |

## Sponsored Links

       

| Landry 3-Tier Bathroom Tower | Twin Spring Air Back Supporter | King Spring Air Back Supporter | Landry Bathroom Spacesaver | Queen Spring Air Back Supporter | Full Spring Air Back Supporter | Fanatics Authentic Landry Jones... | Laron Landry Nike NFL Game Day |
| $310.00 | $449.00 | $549.00 | $630.00 | $519.00 | $479.00 | $47.99 $59.99 | $99.99 |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping | | Free Shipping |
| JCPenney | US - Mattress | US - Mattress | JCPenney | US - Mattress | US - Mattress | FansEdge | Champ Sports |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                                                            Return to top

More to explore :  & Photo Holder Picture Frames,   Photo Cube Picture Frames,   Photo Holder Picture Frames,   Square Photo Cube Picture Frames,   Circular Photo Holder Picture Frames,   Heart Photo Holder Picture Frames

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# Exhibit 4



Product (/products/)    Plans (/plans/)    Resources (/resources/)    Community (/blog/)    Partners (/partners/)    About (/about/)

(/)    Login (https://data.terapeak.com)    **Free Trial** (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)

# What's it worth?

| Type your search here. | Search |

Home (//www.terapeak.com/worth/)  /  Categories (//www.terapeak.com/worth/categories/)  /
  /  Collectibles (//www.terapeak.com/worth/categories/collectibles/)  /  Ali Landry 8x10 Photo Picture Amazing Must See!! #3

## Ali Landry 8x10 Photo Picture Amazing Must See!! #3



**Purchase:**

☑ eBay  ○ Amazon  ○ Walmart

○ No Compare

**Buy Now**

(//rover.ebay.com...
53200-
19255-
0/1?
icep_ff3=2&pub...
NRA7cZa5neJXE...

**Compare:**

☑ eBay  ☑ Amazon

☑ Walmart

Compare                    0

🔔 Set Price Alert

Platform:                  eBay US

If you see these 8x10 photos and you want them in your collection please print

Please visit (HTTPS://WWW.EBAY.COM/ITM/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-3/322163298615/) them in your collection print 8x10 photos. We will ship within 1 business days of receiving payment.

Shipping charges will be free first class mail with tracking. Please do not check out our other great items for sale. Shop with confidence.

Thanks again for looking and if you have any questions, please feel free to email us. List your items fast and easy and manage your active items....



Military Wife Surprises Husband - His Jaw Dropped At Airport!

Husband Couldn't Recognize His Wife After Returning Home From Deployment...

**READ MORE!**

## Related Products






(//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-larter-8x10-photo-picture-pic-larter-8x10-photo-picture-pic-larter-8x10-photo-picture-pic-hot-sexy-candid-14/ hot-sexy-candid-2/ hot-sexy-candid-26/ hot-sexy-candid-32/

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 14 (//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 2 (//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 26 (//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 32 (//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-

## Best Selling items on eBay



New Original Apple Lightning to USB Cable 1m iPhone 5 5S 6 6S - Buy 3 Get 2 Free
(//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $1.83 | 1015 |



3/6/10ft Braided Aluminum Micro USB Data&Sync Charger Cable For Android Phones
(//www.terapeak.com/hotlist/3-6-

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $1.76 | 971 |



50 lbs Bucket 3" Inch Tabs 50lb Stabilized Chlorine Tablets Pool 99% Tri-Chlor
(//www.terapeak.com/hotlist/50-lbs-

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $77.62 | 820 |



3.1A Triple USB 3 Port Wall Home Travel AC Charger Adapter For Samsung Iphone LG
(//www.terapeak.com/hotlist/3-1a-

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $1.05 | 707 |

## Blog & How to sell on eBay

image (//www.terapeak.com/blog/2016/12/last-moment-holiday-business-tips-for-online-sellers/ (/terapeak-blog/)

blog image (//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)

blog image (//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-holiday-sales/)

blog image (//www.terapeak.com/blog/2016/11/online success sellers-in-2016/)

Last-Moment Holiday Business Tips for Online Sellers
(//www.terapeak.com/blog/2016/12/l moment-holiday-business-tips-for-

Six Ways to Extend Holiday Success by Planning for January Sales
(//www.terapeak.com/blog/2016/11/1 ways-to-extend-holiday-success-by-

Nine Simple Mistakes That Can Slow Holiday Sales
(//www.terapeak.com/blog/2016/11/0 simple-mistakes-that-can-slow-

The Eight Most Important Days for Online Sellers in 2016
(//www.terapeak.com/blog/2016/11/0 eight-most-important-days-for-



Case 2:16-cv-09183-MWF-E Document 57-1 Filed 11/06/17 Page 19 of 95 Page ID #:503

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-3/322163298615/)

(HTTP://TWITTER.COM/SHARE?TEXT=MILA KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17 HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-3/322163298615/)

(HTTPS://PLUS.GOOGLE.COM/SHARE?URL=HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-3/322163298615/)

(HTTP://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-3/322163298615/&TITLE=MILA KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17)

(HTTP://PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-3/322163298615/;MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/…MILA-KUNIS-8X10-PHOTO-PIC-PICTURE-SEXY-HOT-CANDID-17-3F868825FA38E9208D76BD16E957E09A.JPG&DESCRIPTION=MILA KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17)

© 2016 Terapeak Inc.

Privacy Policy (//www.terapeak.com/policies/privacy)

# Exhibit 5

Ali Landry 8x10 Photo Picture Amazing Must See!! #4 ... https://www.terapeak.com/worth/ali-landry-8x10-photo-pi... 9/25/2016, 9:38 AM



Product (/products/)　Plans (/plans/)　Resources (/resources/)　Community (/blog/)　Partners (/partners/)　About (/about/)

**Free Trial (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)**

(/)　Login (https://data.terapeak.com/)

# What's it worth?

| Type your search here. | Search |

Home (/www.terapeak.com/worth/) / Categories (/www.terapeak.com/worth/categories/)

/ Collectibles (/www.terapeak.com/worth/categories/collectibles/) / Ali Landry 8x10 Photo Picture Amazing Must See!! #4

## Ali Landry 8x10 Photo Picture Amazing Must See!! #4



**Purchase:**

☑ eBay ○ Amazon ○ Walmart
◉ No Compare

**Buy Now**

(//rover.ebay.com
53200-
19255-
0/1?
icep_ff3=2&pub=
NRA7cZa5neJXE

**Compare:**
☑ eBay ☑ Amazon
☑ Walmart

**Compare**　0

🔔 Set Price Alert

Platform:　eBay US





Top Wrinkle Cream of 2016

Dr Oz Reveals $5 Secret to a Wrinkle Free Face. Botox Docs Are Furious.



Top Wrinkle Cream of 2016

Dr Oz Reveals $5 Secret to a Wrinkle Free Face. Botox Docs Are Furious.

If you see any mistakes, please print them in of these mistakes. Please visit anyway I am and 8x10 photos. Sell ship within 1 business days of receiving payment.

Shipping charges will be free for first class mail with tracking. Please do not forget to check out our other great items for sale. Sell with confidence.

Thanks again for looking and if you have any questions, please feel free to email us. List your items fast and easy and manage your active items....

## Related Products






(//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-larter-8x10-photo-picture-pic-larter-8x10-photo-picture-pic-larter-8x10-photo-picture-pic-hot-sexy-candid-14/302139967918/)hot sexy candid 2/302043352075/)hot-sexy-candid 26/300287496690/)hot sexy-candid 32/291852294854/)

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 14/302139967918/)

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 2/302043352075/)

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 26/300287496690/)

Ali Larter 8x10 Photo Picture Pic Hot Sexy Candid 32/291852294854/)

## Best Selling items on eBay






Egyptian Comfort 1800 Count Deep Pocket 4 Piece Bed Sheet Set (//www.terapeak.com/hotlist/egyptian-comfort-1800-count-deep-pocket-4-

**AVERAGE PRICE**   **NUMBER SOLD**

$23.56   906

2" 4" 6" 8" 10" 12" Stainless Steel Kitchen Cabinet Handles T Bar Pull Hardware (//www.terapeak.com/hotlist/2-4-6-

**AVERAGE PRICE**   **NUMBER SOLD**

$1.31   750

SanDisk 32GB Class 4 MicroSD/Micro SDHC+ Reader/SD and USB Flash Drive adapter (//www.terapeak.com/hotlist/sandisk-

**AVERAGE PRICE**   **NUMBER SOLD**

$8.02   660

Luxury PU Leather Flip Case Wallet Card Holder Cover For 4" iPhone 5C Smartphone (//www.terapeak.com/hotlist/luxury-

**AVERAGE PRICE**   **NUMBER SOLD**

$5   633

## Blog & How to sell on eBay



blog image    blog image    blog image    blog image

(//www.terapeak.com/blog/2016/12/0 (//www.terapeak.com/blog/2016/11/14/six-(//www.terapeak.com/blog/2016/11/08/nine-(//www.terapeak.com/blog/2016/11/0
/terapeak-business-tips-for-online- ways-to-extend-holiday-success-by- simple-mistakes-that-can-slow-holiday-sales/) eight-most-important-days-for-online
ebay/) planning-for-january-sales/) sellers-in-2016/) success

Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0 moment-holiday-business-tips-for-

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/1 ways-to-extend-holiday-success-by-

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/0 simple-mistakes-that-can-slow-

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0 eight-most-important-days-for-



© 2016 Terapeak Inc.

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-4/322163298705/)

LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-4/322163298705/)

KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17 HTTP://WWW.TERAPEAK.COM/WORTH/ALSEE-4/322163298705/) LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-4/322163298705/)

LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-4/322163298705//8KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17)

LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-4/322163298705/

LANDRY-8X10-PHOTO-PIC-PICTURE-SEXY-HOT-CANDID-17-3F868825FA38E9208D76BD16E957E09A.JPG&DESCRIPTION=MILA KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17)

(https://www.terapeak.com/policies/privacy)

# Exhibit 6

Product (/products/)   Plans (/plans/)   Resources (/resources/)   Community (/blog/)   Partners (/partners/)   About (/about/)
(/)       Free Trial (https://www.terapeak.com/subscription/trial#?pgroup=professional&orderInfluence=worth)
Login (https://data.terapeak.com/)

# What's it worth?

Type your search here.                                                                    Search

Home (/www.terapeak.com/worth/)  /  Categories (/www.terapeak.com/worth/categories/)  /
Collectibles (/www.terapeak.com/worth/categories/collectibles/)  /  Ali Landry 8x10 Photo Picture Amazing Must See!! #2

## Ali Landry 8x10 Photo Picture Amazing Must See!! #2





Purchase:

☑ eBay  ☐ Amazon  ☐ Walmart

◉ No Compare

Buy Now

(http://rover.ebay
53200-
19255-
0/1?
icep_ff3=9&pub=

Compare:                    Compare        ()

☑ eBay ☑ Amazon

☑ Walmart

🔔 Set Price Alert

Platform:                               eBay US



If you see any of the items I print
them in various sizes.
Please view with 1 business days
8x10 photos well shipped within 1 business days
of receiving payment.

Shipping charge will be free mail with first class
mail with tracking. Please don't check
out our other great items for sale. Shop with
confidence.

Thanks again for looking and if you have any
questions, please feel free to email us. List your
items fast and easy and manage your active
items....

## Related Products






(//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-sexy-candid-14/291939667918/)

Ali larter 8x10 Photo Picture Pic Hot Sexy Candid 14

(//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-sexy-candid-2/300623530750/)

Ali larter 8x10 Photo Picture Pic Hot Sexy Candid 2

(//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-sexy-candid-26/300287496690/)

Ali larter 8x10 Photo Picture Pic Hot Sexy Candid 26

(//www.terapeak.com/worth/ali-larter-8x10-photo-picture-pic-hot-sexy-candid-32/261825929485/)

Ali larter 8x10 Photo Picture Pic Hot Sexy Candid 32

## Best Selling items on eBay



Jockey Mens JKY by Jockey&trade; Boxer Brief - 2 Pack
(//www.terapeak.com/hotlist/jockey-mens-jky-by-jockey-trade-boxer-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $4.99 | 1125 |



Beauty and the Beast (DVD, 2010, 2-Disc Set, Diamond Edition)
(//www.terapeak.com/hotlist/beauty-and-the-beast-dvd-2010-2-disc-set-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $7.92 | 1115 |



New Original Apple Lightning to USB Cable 1m iPhone 5 5S 6 6S - Buy 3 Get 2 Free
(//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $1.83 | 1015 |



2 Pack Sun Protection Zone Kids UPF 50+ Adjustable Safari Boonie Beach Park Hat
(//www.terapeak.com/hotlist/2-pack-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $8.99 | 904 |

## Blog & How to sell on eBay

image

(//www.terapeak.com/blog/2016/12/02/last-moment-holiday-business-tips-for-ebay/)

blog image

(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)

blog image

(//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-holiday-sales/)

blog image

(//www.terapeak.com/blog/2016/11/03/the-eight-most-important-days-for-online sellers-in-2016/)

Last-Moment Holiday Business Tips for Online Sellers
(//www.terapeak.com/blog/2016/12/02/last-moment-holiday-business-tips-for-

Six Ways to Extend Holiday Success by Planning for January Sales
(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-

Nine Simple Mistakes That Can Slow Holiday Sales
(//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-

The Eight Most Important Days for Online Sellers in 2016
(//www.terapeak.com/blog/2016/11/03/eight-most-important-days-for-



Ali Landry ... 2016, 9:37 AM

© 2016 Terapeak Inc.

(https://www.terapeak.com/policies/privacy)

(HTTPS://WWW.FACEBOOK.COM/SHARER.PHP?U=HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-2/222161658987/)

KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17 HTTP://WWW.TERAPEAK.COM/WORTH/ALI-LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-2/222161658987/)

LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-2/222161658987/)

LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-2/222161658987//KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17)

LANDRY-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-2/222161658987/;MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES/3F868825FA38E9208D76BD16E957E09A.JPG&DESCRIPTION=MILA KUNIS 8X10 PHOTO PIC PICTURE SEXY HOT CANDID 17)

# Exhibit 7





Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact BACK TO SCHOOL Shop smarter My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Risqué > Contemporary (1940-Now)

BUY 3, GET 1 FREE (add 4 to cart) See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

## Amy Weber 8x10 photo picture AMAZING Must See!! #11

Item condition: --

Time left: 29d 07h 9/15, 5:51PM

| Add to watch list

Price: US $6.99

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

**Seller information**
halidoncorporation (2476 ★)
99.9% Positive feedback

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **Worldwide**

Delivery: Estimated between **Sat. Aug. 20 and Mon. Aug. 29**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

**Current item**

Amy Weber 8x10 photo picture

Mariah Carey 8x10 photo

Lindsay Lohan 8x10 photo

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Amy Weber 8x10 phot... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

AMAZING Must See!! #11

**$6.99**

picture AMAZING Must See!! #4

**$6.99**

picture AMAZING Must See!! #50

**$6.99**

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

---

**Description**    **Shipping and payments**                                                    Report item

eBay item number:   322230520823

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ★)    99.9%

Visit Store:   Halidon Corporation

Sign up for newsletter

## BUY ANY 3 GET ANOTHER 1 FREE!!

    All Photographs are 8x10 in size and printed in a photo lab.  If you see a photo that you like we can also print them in various oter larger or smaller sizes.  Please email us for a pricing quote.

    Please visit my eBay store to find other great 8x10 photos.  Buyer to pay within 24 hours of winning auction.  We only accept PayPal. We will ship within 1 business days of receiving payment.  Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00.  I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

    Please don't forget to check out our other great items for sale.  We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way.  So buy with confidence.  We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item.  Thanks again for looking and if you have ANY questions, please feel free to email us.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                          Return to top
More to explore :   Shea Weber Photo NHL Fan Apparel & Souvenirs ,   Photo Cube Picture Frames ,   Photo Holder Picture Frames ,   Umbra Photo Holder Picture Frames ,
Unbranded Photo Holder Picture Frames ,   "Handmade" Photo Holder Picture Frames

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Amy Weber 8x10 photo picture AMAZING Must See 11 | eBay
Case 2:16-cv-09183-MWF-E    Document 57-1    Filed 11/06/17    Page 31 of 95    Page ID #:515
3/3/16, 10:05 AM

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

  



# Exhibit 8



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact | BACK TO SCHOOL Shop smarter | My eBay

Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

**BUY 3, GET 1 FREE (add 4 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Amy Weber 8x10 photo picture AMAZING Must See!! #13

Item condition: --

Time left: 29d 07h 9/15, 5:51PM

Add to watch list

Price: **US $6.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

**Seller information**
halidoncorporation (2476 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **Worldwide**

Delivery: Estimated between **Sat. Aug. 20 and Mon. Aug. 29**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

**Current item**

Amy Weber 8x10 photo picture

Tanya Roberts 8x10 photo

Tanya Roberts 8x10 photo

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Amy Weber 8x10 phot... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| | | |
|---|---|---|
| AMAZING Must See!! #13 | picture AMAZING Must See!! #41 | picture AMAZING Must See! #46 |
| **$6.99** | **$6.99** | **$6.99** |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

<span style="color:blue">Tell us what you think</span>
You can change quantities in your cart.

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  322230520953

**Halidon Corporation**
halidoncorporation (2476 ⭐)   99.9%

Visit Store:   Halidon Corporation

✉ Sign up for newsletter

# BUY ANY 3 GET ANOTHER 1 FREE!!

All Photographs are 8x10 in size and printed in a photo lab.  If you see a photo that you like we can also print them in various oter larger or smaller sizes.  Please email us for a pricing quote.

Please visit my eBay store to find other great 8x10 photos.  Buyer to pay within 24 hours of winning auction.  We only accept PayPal. We will ship within 1 business days of receiving payment.  Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00.  I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

Please don't forget to check out our other great items for sale.  We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way.  So buy with confidence.  We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item.  Thanks again for looking and if you have ANY questions, please feel free to email us.

---

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

---

## Sponsored Links



| Weber Genesis Premium EP- | Weber 18 Jumbo Joe Charcoal Grill | Weber Ranch Kettle Charcoal | Weber Summit S-420 Stainless | Weber Summit S-660 Built-In | Weber Genesis EP-330 Liquid | Weber Stainless Steel Cooking | Weber Blue Performer Deluxe |
|---|---|---|---|---|---|---|---|
| | ★★★★½ | | | | | | |
| **$769.00** $919.00 | **$59.99** | **$1,299.00** | **$1,499.00** | **$2,699.00** $2,999.00 | **$749.00** $849.00 | **$119.99** | **$399.99** $499.00 |
| Free Shipping | Free Shipping | | | Free Shipping | Free Shipping | Free Shipping | |
| ShoppersChoic... | Walmart.com | Abt Electronics | Abt Electronics | ShoppersChoic... | Abt Electronics | Walmart.com | Crate & Barrel |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                      Return to top

More to explore :   Shea Weber Photo NHL Fan Apparel & Souvenirs ,   Photo Cube Picture Frames ,   Photo Holder Picture Frames ,   Umbra Photo Holder Picture Frames ,
Unbranded Photo Holder Picture Frames ,   "Handmade" Photo Holder Picture Frames

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Information Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



UP TO **70% OFF**
AND FREE SHIPPING

Shop top brands ›

ebay deals



ebay
MONEY BACK GUARANTEE

Get the item you ordered or your money back on virtually all items.

Learn more ›



ebay

LEARN HOW TO EARN $30 BACK

as a statement credit if you are approved for a new eBay MasterCard® account.

Learn More



# Exhibit 9



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact BACK TO SCHOOL Shop smarter My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

**BUY 3, GET 1 FREE (add 4 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Amy Weber 8x10 photo picture AMAZING Must See!! #15

1 watched in last 24 hours

Add to watch list

Item condition: --

Time left: 29d 07h 9/15, 5:51PM

Price: **US $6.99**

Buy It Now

Add to cart

1 watching

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

**Seller information**
halidoncorporation (2476 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation
See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **Worldwide**

Delivery: Estimated between **Sat. Aug. 20 and Mon. Aug. 29**

Payments: PayPal VISA MasterCard American Express Discover
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

**All promotional offers from halidoncorporation**

**Current item**

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Amy Weber 8x10 phot... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| | | |
|---|---|---|
| Amy Weber 8x10 photo picture AMAZING Must See!! #15 | Tanya Roberts 8x10 photo picture AMAZING Must See!! #41t | Tanya Roberts 8x10 photo picture AMAZING Must See!! #46t |
| **$6.99** | **$6.99** | **$6.99** |

* Value of least expensive qualifying item will be discounted from the subtotal amount.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

---

| **Description** | Shipping and payments |  | Report item |
|---|---|---|---|

eBay item number: 222221719461

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ⭐)   99.9%

Visit Store:   Halidon Corporation

🖂 Sign up for newsletter

# BUY ANY 3 GET ANOTHER 1 FREE!!

All Photographs are 8x10 in size and printed in a photo lab.  If you see a photo that you like we can also print them in various oter larger or smaller sizes.  Please email us for a pricing quote.

Please visit my eBay store to find other great 8x10 photos.  Buyer to pay within 24 hours of winning auction.  We only accept PayPal.  We will ship within 1 business days of receiving payment.  Shipping charges will be FREE via USPS First Class Mail with tracking.  Overseas Shipping is $10.00.  I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

Please don't forget to check out our other great items for sale.  We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way.  So buy with confidence.  We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item.  Thanks again for looking and if you have ANY questions, please feel free to email us.

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

Sponsored Links



Weber Genesis    Weber 18 Jumbo    Weber Ranch    Weber Summit S-    Weber Summit S-    Weber Genesis    Weber Stainless    Weber Blue

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                                          Return to top

More to explore :   Shea Weber Photo NHL Fan Apparel & Souvenirs,    15" Digital Photo Frame,    Photo Cube Picture Frames,    Photo Holder Picture Frames,    Aluratek 15" Digital Photo Frame,    Umbra Photo Holder Picture Frames

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Information Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ









# Exhibit 10



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact BACK TO SCHOOL Shop smarter My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

**BUY 3, GET 1 FREE (add 4 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Amy Weber 8x10 photo picture AMAZING Must See!! #22

1 watched in last 24 hours

Item condition: --

Time left: 29d 07h 9/15, 5:52PM

| Add to watch list

Price: **US $6.99**

Buy It Now

Add to cart

1 watching

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

**Seller information**
halidoncorporation (2476 ★)
99.9% Positive feedback

Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: **Lewes, Delaware, United States**
Ships to: **Worldwide**

Delivery: Estimated between **Sat. Aug. 20 and Mon. Aug. 29**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

Current item

+ See all

**Save now! Buy 3 more**

Amy Weber 8x10 phot... $6.99

Subtotal: US $6.99

Add to cart

| Amy Weber 8x10 photo picture AMAZING Must See!! #22 | Tanya Roberts 8x10 photo picture AMAZING Must See!! #41t | Tanya Roberts 8x10 photo picture AMAZING Must See!! #46t |
| --- | --- | --- |
| **$6.99** | **$6.99** | **$6.99** |

* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

| Description | Shipping and payments | | Report item |
| --- | --- | --- | --- |

eBay item number:   222221719840

Seller assumes all responsibility for this listing.

**Halidon Corporation**
halidoncorporation (2476 ★)   99.9%          Visit Store:   Halidon Corporation

✉ Sign up for newsletter

# BUY ANY 3 GET ANOTHER 1 FREE!!

   All Photographs are 8x10 in size and printed in a photo lab.  If you see a photo that you like we can also print them in various oter larger or smaller sizes.  Please email us for a pricing quote.

   Please visit my eBay store to find other great 8x10 photos.  Buyer to pay within 24 hours of winning auction.  We only accept PayPal.  We will ship within 1 business days of receiving payment.  Shipping charges will be FREE via USPS First Class Mail with tracking.  Overseas Shipping is $10.00.  I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

   Please don't forget to check out our other great items for sale.  We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way.  So buy with confidence.  We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item.  Thanks again for looking and if you have ANY questions, please feel free to email us.

| **Questions and answers about this item** |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

## Sponsored Links

Amy Weber 8x10 photo picture AMAZING M... t See 22  | eBay
Case 2:16-cv-09183-MWF-E  Document 57-1   Filed 11/06/17   Page 46 of 95   Page ID #:530
11/3/16, 10:02 AM



Weber Genesis       Weber Ranch       Weber Summit S-       Weber Summit S-       Weber Genesis       Weber Stainless       Weber 22.5 One-       Weber Summit

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

Return to top

More to explore :   Shea Weber Photo NHL Fan Apparel & Souvenirs ,   17" x 22" C Printer Photo Paper ,   Photo Cube Picture Frames ,   Photo Holder Picture Frames ,
Umbra Photo Holder Picture Frames ,   Unbranded Photo Holder Picture Frames

About eBay       Announcements       Community       Security Center       Resolution Center       Seller Information Center       Policies       Affiliates       Help & Contact       Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ









# Exhibit 11



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact BACK TO SCHOOL Shop smarter My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

BUY 3, GET 1 FREE (add 4 to cart) See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Amy Weber 8x10 photo picture AMAZING Must See!! #26

1 viewed per hour

Item condition: --

Time left: 29d 07h 9/15, 5:52PM

| Add to watch list

Price: US $6.99

Buy It Now

Add to cart

1 watching

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Seller information
halidoncorporation (2476 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: FREE Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide

Delivery: Estimated between Sat. Aug. 20 and Mon. Aug. 29

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

Current item

See all

Save now! Buy 3 more

| | |
|---|---|
| Amy Weber 8x10 phot... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| | | |
|---|---|---|
| Amy Weber 8x10 photo picture AMAZING Must See!! #26 | Tanya Roberts 8x10 photo picture AMAZING Must See!! #41t | Tanya Roberts 8x10 photo picture AMAZING Must See!! #46t |
| **$6.99** | **$6.99** | **$6.99** |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

---

| **Description** | **Shipping and payments** | | Report item |
|---|---|---|---|

eBay item number:  322230521786

**Halidon Corporation**
halidoncorporation (2476 ⭐)   99.9%          Visit Store:   Halidon Corporation

🖂 Sign up for newsletter

Seller assumes all responsibility for this listing.

# BUY ANY 3 GET ANOTHER 1 FREE!!

All Photographs are 8x10 in size and printed in a photo lab.  If you see a photo that you like we can also print them in various oter larger or smaller sizes.  Please email us for a pricing quote.

Please visit my eBay store to find other great 8x10 photos.  Buyer to pay within 24 hours of winning auction.  We only accept PayPal. We will ship within 1 business days of receiving payment.  Shipping charges will be FREE via USPS First Class Mail with tracking. Overseas Shipping is $10.00.  I COMBINE shipping charges on all items so purchase as many as you would like for ONE (1) Low shipping cost.

Please don't forget to check out our other great items for sale.  We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record to prove it and we would like to keep it that way.  So buy with confidence.  We will leave you Positive 5-Star Positive feedback when you pay and would greatly appreciate you doing the same for us when you receive the item.  Thanks again for looking and if you have ANY questions, please feel free to email us.

---

| **Questions and answers about this item** |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

## Sponsored Links



Weber Genesis     Weber 18 Jumbo     Weber Ranch     Weber Summit S-     Weber Summit S-     Weber Genesis     Weber Stainless     Weber Blue

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                          Return to top

More to explore :   Shea Weber Photo NHL Fan Apparel & Souvenirs,    Photo Cube Picture Frames,    Photo Holder Picture Frames,    Umbra Photo Holder Picture Frames,
Unbranded Photo Holder Picture Frames,    "Handmade" Photo Holder Picture Frames

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Information Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ









# Exhibit 12

TERAPEAK (/)

Product (/products/)    Plans (/plans/)    Resources (/resources/)    Community (/blog/)    Partners (/partners/)    About (/about/)

Free Trial (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)

Login (https://data.terapeak.com/)

# What's it worth?

Type your search here.    [ Search ]

Home (//www.terapeak.com/worth/) / Categories (//www.terapeak.com/worth/categories/)
/ Collectibles (//www.terapeak.com/worth/categories/collectibles/) / Amy Weber 8x10 Photo Picture Amazing Must See!! #11

## Amy Weber 8x10 Photo Picture Amazing Must See!! #11





Purchase:

☑ eBay  ☐ Amazon  ☐ Walmart

◉ No Compare

[ Buy Now ]

(//rover.ebay.com
53200-
19255-
0/1?
icep_ff3=2&pub=...78599
NRA7cZa5neJX...&ipn=p

Compare:

☑ eBay  ☑ Amazon

☑ Walmart

Compare    0



⏰ Set Price Alert

Platform:    eBay US

If you se... them in ...
Please vi...
8x10 pho... We...
of receiving pa...

Shipping charg...
mail with track...
out our other gr...
confidence.

Thanks again for looking and if you ...
questions, please feel free to email us...

## Related Products

            






(//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300261497704/)
Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-

(//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress 37/300261292261/)
Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-

(//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-hot-sexy-see-through-shirt/300260038923/)
Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt (//www.terapeak.com/worth/adriana-

(//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556770/)
Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-

## Best Selling items on eBay



11 Inch Stainless Steel Watermelon Cantaloupe Melon Fruit Slicer Cutter (//www.terapeak.com/hotlist/11-inch-stainless-steel-watermelon-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $12.99 | 934 |



Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy (//www.terapeak.com/hotlist/luxury-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $5.26 | 370 |



Rubberized Hard Case Shell +Keyboard Cover for Macbook Pro 13/15" Air 11/13"inch (//www.terapeak.com/hotlist/rubberize

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $12.48 | 282 |



New Genuine Real Leather Photo Flip Wallet Case Cover For Samsung Galaxy Models (//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $7.96 | 271 |

## Blog & How to sell on eBay

image
blog image
blog image
blog image

(//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-online-sellers-ebay/)
(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)
(//www.terapeak.com/blog/2016/11/14/nine-simple-mistakes-that-can-slow-holiday-sales/)
(//www.terapeak.com/blog/2016/11/08/eight-most-important-days-for-online-sellers-in-2016/)

Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/0 moment-holiday-business-tips-for-

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/1 ways-to-extend-holiday-success-by-

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/0 simple-mistakes-that-can-slow-

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/0 eight-most-important-days-for-

[Ad ▷ X]

## Frame The Alphabet

Save Up To 75% During The Holidays. Create Your Own Letter Art & Save Big! Go to framethealphabet.com/Holiday/Specials




(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTP://WWW.SHAREATRACKER.COM/SHAREBUTTON/CREATE/BUTTON/?

© 2016 Terapeak Inc. Privacy Policy (//www.terapeak.com/policies/privacy)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/) MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/) WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/) WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/ MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53) WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-11/322230520823/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

# Exhibit 13

Product (/products/)  Plans (/plans/)  Resources (/resources/)  Community (/blog/)  Partners (/partners/)  About (/about/)

(/)    Free Trial (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)

Login (https://data.terapeak.com/)

# What's it worth?

Type your search here.                                                          Search

Home (//www.terapeak.com/worth/)  /  Categories (//www.terapeak.com/worth/categories/)  /

Collectibles (//www.terapeak.com/worth/categories/collectibles/)  /  Amy Weber 8x10 Photo Picture Amazing Must See!! #13

## Amy Weber 8x10 Photo Picture Amazing Must See!! #13





Purchase:

☑ eBay  ☐ Amazon  ☐ Walmart

◉ No Compare

Buy Now

(//rover.ebay.com

53200-
19255-
0/1?

icep_ff3=9&pub=78135

NRA7cZa5neJXE                                    &icep_



Compare:

☑ eBay  ☑ Amazon

☑ Walmart

Compare      0

⚠ Set Price Alert

Platform:                           eBay US



**60% Off Custom Poster Prints**

100% Guarantee-Pro Lab Quality. Fast Service. Upload Photos Now!

posterprinthouse.com



If you see an item in...                                                 print them in...

Please visit...

8x10 photo...                                                 business days of receiving pa...

Shipping charge...                                           be free...class mail with tracki...                                      se do...check out our other gr...items for...$10  So fli...with confidence.

Thanks again for looking and if you ha...any questions, please feel free to email us...

## Related Products

   






(//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300284977441/)
Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-

(//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-sexy-see-through-dress-37/302812926321/)
Charlize Theron 8x10 Photo Picture Pic Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-

(//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-sexy-hot-see-through-shirt-10/292034038923/)
Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt (//www.terapeak.com/worth/adriana-

(//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/302261556779/)
Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-

## Best Selling items on eBay



New 13-Gallon Touch-Free Sensor Automatic Stainless-Steel Trash Can Kitchen 50R
(//www.terapeak.com/hotlist/new-

| **AVERAGE PRICE** | **NUMBER SOLD** |
| --- | --- |
| $29.25 | 2135 |



Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy
(//www.terapeak.com/hotlist/luxury-

| **AVERAGE PRICE** | **NUMBER SOLD** |
| --- | --- |
| $5.26 | 370 |



NEW 60W AC Power Adapter Charger for 13" Apple Macbook Pro A1278 2009-2011 L-Tip
(//www.terapeak.com/hotlist/

| **AVERAGE PRICE** | **NUMBER SOLD** |
| --- | --- |
| $13.53 | 321 |



Rubberized Hard Case Shell +Keyboard Cover for Macbook Pro 13/15" Air 11/13"inch
(//www.terapeak.com/hotlist/rubberized-

| **AVERAGE PRICE** | **NUMBER SOLD** |
| --- | --- |
| $12.48 | 282 |

## Blog & How to sell on eBay



(//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-online-sellers-in-ebay/)
Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-

(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)
Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-

(//www.terapeak.com/blog/2016/11/14/nine-simple-mistakes-that-can-slow-holiday-sales/)
Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/14/nine-simple-mistakes-that-can-slow-

(//www.terapeak.com/blog/2016/11/08/eight-most-important-days-for-online-sellers-in-2016/)
The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/08/eight-most-important-days-for-



(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTP://WWW.TERAPEAK.COM/SHARER.COM/SHARE-BUTTON/CREATE/BUTTON/?

© 2016 Terapeak Inc.

Privacy Policy (//www.terapeak.com/policies/privacy)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/)
MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/)
WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/)
WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/&TITLE=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)
HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-13/322230520953/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES MARILYN-MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

# Exhibit 14

Amy Weber 8x10 Photo Picture Amazing Must See!! #15 | What's it worth? 11/6/16, 9:39 AM

Product (/products/)   Plans (/plans/)   Resources (/resources/)   Community (/blog/)   Partners (/partners/)   About (/about/)

(/)     Free Trial (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)

Login (https://data.terapeak.com/)

# What's it worth?

Type your search here.                                                    Search

Home (/www.terapeak.com/worth/)  /  Categories (/www.terapeak.com/worth/categories/)

/  Collectibles (/www.terapeak.com/worth/categories/collectibles/)  /  Amy Weber 8x10 Photo Picture Amazing Must See!! #15

## Amy Weber 8x10 Photo Picture Amazing Must See!! #15



Purchase:

☑ eBay  ☐ Amazon  ☐ Walmart

◉ No Compare

Buy Now

(//rover.ebay.com
53200-
19255-
0/1?
icep_ff3=9&pub=
NRA7cZa5neJXb


Top Wrinkle Cream of 2016
Dr Oz Reveals $5 Secret to a Wrinkle Free Face. Botox Docs Are Furious.

Compare:                          Compare        0

☑ eBay ☑ Amazon

☑ Walmart

🔔 Set Price Alert

Platform:                        eBay US



If you see ... in these photos. ... print them in ... photos. Please v... ... business days of receiving pa...

Shipping charge... free ... class mail with tracki... don... ... check out our other gr... items for $10. So ... with confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

## Related Products

   






(//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/30028749770441/)
Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6

(//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress-37/30028129326310/)
Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37

(//www.terapeak.com/worth/adriana-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-10/29034038923/)
Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through

(//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/30029156677/)
Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7

## Best Selling items on eBay






Siser Easyweed Heat Transfer Vinyl 15" x 12" (1 Foot) OVER 35 COLORS!
(//www.terapeak.com/hotlist/siser-easyweed-heat-transfer-vinyl-15-x-)

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $1.98 | 1558 |

Siser Easyweed Heat Transfer Vinyl Material T-Shirt 15" x 1 foot - 59 COLORS
(//www.terapeak.com/hotlist/siser-)

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $2.05 | 853 |

New Siser Easyweed IRON-ON Heat Transfer Vinyl 15" x 12" (Foot) - 61 Colors
(//www.terapeak.com/hotlist/new-)

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $2.08 | 678 |

eBay Gift Card $15 to $200 - Email Delivery
(//www.terapeak.com/hotlist/ebay-gift-card-15-to-200-email-delivery-)

| AVERAGE PRICE | NUMBER SOLD |
| --- | --- |
| $98.83 | 639 |

## Blog & How to sell on eBay



(//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-online-sellers-on-ebay/)
Last-Moment Holiday Business Tips for Online Sellers
(//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-

(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)
Six Ways to Extend Holiday Success by Planning for January Sales
(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-

(//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-holiday-sales/)
Nine Simple Mistakes That Can Slow Holiday Sales
(//www.terapeak.com/blog/2016/11/08/nine-simple-mistakes-that-can-slow-

(//www.terapeak.com/blog/2016/11/01/eight-most-important-days-for-online-sellers-in-2016/)
The Eight Most Important Days for Online Sellers in 2016
(//www.terapeak.com/blog/2016/11/01/eight-most-important-days-for-



(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?) (HTTPS://TWITTER.COM/SHARE?URL) (HTTPS://BUTTON.COM/CREATE/BUTTON/?)

© 2016 Terapeak Inc.

Privacy Policy (//www.terapeak.com/policies/privacy)

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/)
STATUS=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/)
URL=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/)
TITLE=AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/&TITLE=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)
URL=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-15/222221719461/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES MARILYN-MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

# Exhibit 15

Case 2:16-cv-09183-MWF-E Document 57-1 Filed 11/06/17 Page 66 of 95 Page ID #:550

Product (/products/) Plans (/plans/) Resources (/resources/) Community (/blog/) Partners (/partners/) About (/about/)

(/) Login (https://data.terapeak.com/) **Free Trial (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)**

# What's it worth?

Type your search here. | Search

Home (http://www.terapeak.com/worth/) / Categories (/www.terapeak.com/worth/categories/)
/ Collectibles (/www.terapeak.com/worth/categories/collectibles/) / Amy Weber 8x10 Photo Picture Amazing Must See!! #22

## Amy Weber 8x10 Photo Picture Amazing Must See!! #22



Purchase:

☑ eBay ○ Amazon ○ Walmart
○ No Compare

**Buy Now**

(//rover.ebay.com/... 53200-19255-0/1? icep_ff3=9&pub= NRA7cZa5neJX...

Compare:
☑ eBay ☑ Amazon
☑ Walmart

Compare    0

🔔 Set Price Alert

Platform:    eBay US



If you see... them in... Please vi... 8x10 photo... See!! Wi... of receiving pa...

Shipping charge... mail with tracki... out our other gr... confidence.

Thanks again for looking and if you... questions, please feel free to email us...

## Related Products

   

   

(//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6/300286787647/)

(//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-sexy-see-through-dress-37/300281292926/)

(//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-shirt-10/299034038923/)

(//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556729/)

Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6 (//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-

Charlize Theron 8x10 Photo Picture Pic Sexy See Through Dress 37 (//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-

Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt 10 (//www.terapeak.com/worth/adriana-

Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7 (//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-

## Best Selling items on eBay

   

Titanium Ionic Sports Baseball Necklace 16" 18" 20" 22" 3-rope Tornado Braid (//www.terapeak.com/hotlist/titanium-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $1.65 | 525 |

Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy (//www.terapeak.com/hotlist/luxury-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $5.26 | 370 |

New Genuine Real Leather Photo Flip Wallet Case Cover For Samsung Galaxy Models (//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $7.96 | 271 |

New LIP KIT BY KYLIE JENNER-KOKO-CANDY-DOLCE-POSIE-22-MARY JO-TRUE BROWN GLOSS (//www.terapeak.com/hotlist/new-

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $50.61 | 186 |

## Blog & How to sell on eBay



(//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-online-sellers-on-ebay/)

(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)

(//www.terapeak.com/blog/2016/11/14/nine-simple-mistakes-that-can-slow-holiday-sales/)

(//www.terapeak.com/blog/2016/11/08/eight-most-important-days-for-online-sellers-in-2016/)

Last-Moment Holiday Business Tips for Online Sellers (//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-

Six Ways to Extend Holiday Success by Planning for January Sales (//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-

Nine Simple Mistakes That Can Slow Holiday Sales (//www.terapeak.com/blog/2016/11/14/nine-simple-mistakes-that-can-slow-

The Eight Most Important Days for Online Sellers in 2016 (//www.terapeak.com/blog/2016/11/08/eight-most-important-days-for-

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? (HTTP://TWITTER.COM/SHARE?URL=HTTPS://PLUS.GOOGLE.COM/SHARE?

© 2016 Terapeak Inc.

U=HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY-WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/ MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-22/222221719840/&MEDIA=HTTP://D2YDH70D4B5XGV.CLOUDFRONT.NET/IMAGES MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

Privacy Policy(//www.terapeak.com/policies/privacy)

# Exhibit 16

Amy Weber 8x10 Photo Picture Amazing Must See!! #26, 9:40 AM

Product (/products/)  Plans (/plans/)  Resources (/resources/)  Community (/blog/)  Partners (/partners/)  About (/about/)

(/) **Free Trial (https://www.terapeak.com/subscription/trial/#?pgroup=professional&orderInfluence=worth)**

Login (https://data.terapeak.com/)

## What's it worth?

Type your search here.                                    Search

Home (//www.terapeak.com/worth/)  /  Categories (//www.terapeak.com/worth/categories/)

/  Collectibles (//www.terapeak.com/worth/categories/collectibles/)  /  Amy Weber 8x10 Photo Picture Amazing Must See!! #26

## Amy Weber 8x10 Photo Picture Amazing Must See!! #26

Purchase:              Buy Now

☑ eBay ○ Amazon ○ Walmart        (//rover.ebay.com

○ No Compare                        53200-
                                    19255-
                                    0/1?
                                    icep_ff3=9&pub=
                                    NRA7cZa5neJXb

Compare:                      Compare      0

☑ eBay ☑ Amazon
☑ Walmart

                    🔔 Set Price Alert

Platform:                      eBay US

If you see... print them in... Please vi... 8x10 photo... of receiving pa...

Shipping charge... mail with tracki... out our other gr... confidence.

Thanks again for looking and if you have any questions, please feel free to email us.

## Related Products

   






(//www.terapeak.com/worth/kate-hudson-8x10-photo-picture-pic-hot-sexy-see-through-dress-candid-6-and/300287497947/)
Kate Hudson 8x10 Photo Picture Pic Hot Sexy See Through Dress Candid 6

(//www.terapeak.com/worth/charlize-theron-8x10-photo-picture-pic-hot-sexy-see-through-dress-37/300281299261/)
Charlize Theron 8x10 Photo Picture Pic Hot Sexy See Through Dress 37

(//www.terapeak.com/worth/adriana-lima-8x10-celebrity-photo-picture-pic-sexy-hot-see-through-shirt-3/299304038923/)
Adriana Lima 8x10 Celebrity Photo Picture Pic Sexy Hot See Through Shirt

(//www.terapeak.com/worth/claire-forlani-8x10-photo-picture-pic-hot-sexy-see-through-shirt-candid-7/300261556779/)
Claire Forlani 8x10 Photo Picture Pic Hot Sexy See Through Shirt Candid 7

## Best Selling items on eBay






Luxury Flip PU Leather Card Photo Slot Cover Case Wallet For Samsung Galaxy
(//www.terapeak.com/hotlist/luxury-)

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $5.26 | 370 |

New Genuine Real Leather Photo Flip Wallet Case Cover For Samsung Galaxy Models
(//www.terapeak.com/hotlist/new-)

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $7.96 | 271 |

10Ft Adjustable Background Support Stand Photo Backdrop Crossbar Kit Photography
(//www.terapeak.com/hotlist/10ft-)

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $27.63 | 168 |

New Articulating Plasma Swivel LCD LED TV Wall Mount Bracket 19 22 24 26 29 32"
(//www.terapeak.com/hotlist/new-)

| AVERAGE PRICE | NUMBER SOLD |
|---|---|
| $11.12 | 167 |

## Blog & How to sell on eBay



blog image    blog image    blog image    blog image

(//www.terapeak.com/blog/2016/12/05/last-moment-holiday-business-tips-for-online-sellers-on-ebay/)

(//www.terapeak.com/blog/2016/11/14/six-ways-to-extend-holiday-success-by-planning-for-january-sales/)

(//www.terapeak.com/blog/2016/11/14/nine-simple-mistakes-that-can-slow-holiday-sales/)

(//www.terapeak.com/blog/2016/11/08/eight-most-important-days-for-online-sellers-in-2016/)

Last-Moment Holiday Business Tips for Online Sellers
(//www.terapeak.com/blog/2016/12/0 moment-holiday-business-tips-for-

Six Ways to Extend Holiday Success by Planning for January Sales
(//www.terapeak.com/blog/2016/11/1 ways-to-extend-holiday-success-by-

Nine Simple Mistakes That Can Slow Holiday Sales
(//www.terapeak.com/blog/2016/11/0 simple-mistakes-that-can-slow-

The Eight Most Important Days for Online Sellers in 2016
(//www.terapeak.com/blog/2016/11/0 eight-most-important-days-for-



(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTP://WWW.TERAPEAK.COM/SHARER/CREATE/BUTTON/?

Amy Weber 8x10 photo picture amazing must see 26/322230521786/5/16, 9:40 AM

© 2016 Terapeak Inc.

Privacy Policy http://www.terapeak.com/policies/privacy)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)

MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53 HTTP://WWW.TERAPEAK.COM/WORTH/AMY WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

WEBER-8X10-PHOTO-PICTURE-AMAZING-MUST-SEE-26/322230521786/)MONROE-8X10-PHOTO-PICTURE-PIC-HOT-SEXY-CANDID-53-50B595C95CE175B8D2CF17640C2B92C5.JPG&DESCRIPTION=MARILYN MONROE 8X10 PHOTO PICTURE PIC HOT SEXY CANDID 53)

U=HTTP://WWW.TERAPEAK.COM/WORTH/HTTP://WWW.TERAPEAK.COM/WORTH/WWW.TERAPEAK.COM/WORTH/AMY-

# Exhibit 17



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact
LABOR DAY DEALS Shop now ▸
My eBay
ebay Shop by category
Search... All Categories Search Advanced
Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

**BUY 3, GET 1 FREE (add 4 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

## Charisma Carpenter 8x10 photo picture AMAZING Must See!! #5

Item condition: --

*"This photo is in Mint Condition"*

Time left: 28d 14h 9/29, 10:54PM

Price: **US $6.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Add to watch list

**Seller information**
halidoncorporation (2543 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Tue. Sep. 6 and Wed. Sep. 14**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

**All promotional offers from halidoncorporation**

**Current item**

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Charisma Carpenter 8... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| Charisma Carpenter 8x10 photo picture AMAZING Must See!! #5 | Alyssa Milano 8x10 photo picture AMAZING Must See!! #13aa | Chuck Norris 8x10 photo picture AMAZING Must See!! |
|---|---|---|
| $6.99 | $6.99 | $6.99 |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

---

**Description**     **Shipping and payments**                                    Report item

Seller assumes all responsibility for this listing.                     eBay item number:  222235171462

| Seller Notes: | " This photo is in Mint Condition " |

**Halidon Corporation**
halidoncorporation (2543 ⭐)  99.9%                    Visit Store:  Halidon Corporation
📧 Sign up for newsletter

        BUY 3 GET ANOTHER 1 FREE!! All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other sizes like 4x6 ($1.99) 5x7 ($2.99) 11x14 ($10.00) 13x19 ($15.00). Shipping is always FREE to anywhere in the US and $10.00 for outside the US.

        Please visit our eBay store to find other great photos. We list 500 new photos each week. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 Business day of receiving payment. We ship via USPS First Class Mail. We use a protective plastic sleeve and cardboard and clearly stamp PHOTOGRAPHS DO NOT BEND on the front and back of your envelope to prevent any damage to your photo.

        Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record from our customers. So Buy With Confidence. We will leave you a Positive 5 Star Feedback when you pay and would greatly appreciate you doing the same for us when you the item. Thanks again and if you have ANY questions please feel free to email us.

| **Questions and answers about this item** |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

---

Sponsored Links






| Charisma Carpenter Photo | Charisma Carpenter Photo - | Charisma Carpenter Hand | Charisma Carpenter Poster | Charisma Carpenter Poster |
| $9.50 | $9.50 | $69.99 | $15.99 | $8.49 |

 **LEARN HOW TO EARN $30 BACK** as a statement credit if you are approved for a new eBay MasterCard® account.  Learn More

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                           Return to top

More to explore :  Photo Cube Picture Frames,  Photo Holder Picture Frames,  Umbra Photo Holder Picture Frames,  Unbranded Photo Holder Picture Frames,
"Handmade" Photo Holder Picture Frames,  Kikkerland Photo Holder Picture Frames

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Information Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



UP TO **70% OFF** AND FREE SHIPPING

Shop top brands ›

ebay deals



ebay™
MONEY BACK GUARANTEE

Get the item you ordered or your money back on virtually all items.

Learn more ›



**LEARN HOW TO EARN $30 BACK** as a statement credit if you are approved for a new eBay MasterCard® account.

Learn More



# Exhibit 18



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact LABOR DAY DEALS Shop now ▸ My eBay

Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

**BUY 3, GET 1 FREE (add 4 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

## Charisma Carpenter 8x10 photo picture AMAZING Must See!! #19

Item condition: --

"This photo is in Mint Condition"

Time left: 28d 14h 9/29, 10:51PM

Add to watch list

Price: **US $6.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

**Seller information**
halidoncorporation (2543 ★)
99.9% Positive feedback

Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

Shipping: **FREE** Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Tue. Sep. 6 and Wed. Sep. 14**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**BUY 3, GET 1 FREE (add 4 to cart)*** See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**

Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

**Current item**

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Charisma Carpenter 8... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| Charisma Carpenter 8x10 photo picture AMAZING Must See!! #19 | Alyssa Milano 8x10 photo picture AMAZING Must See!! #13aa | Chuck Norris 8x10 photo picture AMAZING Must See!! |
|---|---|---|
| $6.99 | $6.99 | $6.99 |

* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

| **Description** | **Shipping and payments** | **Report item** |

Seller assumes all responsibility for this listing.                                   eBay item number:  322246511409

| Seller Notes: | "This photo is in Mint Condition" |

**Halidon Corporation**
halidoncorporation (2543 ⭐)  99.9%                    Visit Store:  Halidon Corporation

📧 Sign up for newsletter

          BUY 3 GET ANOTHER 1 FREE!! All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other sizes like 4x6 ($1.99) 5x7 ($2.99) 11x14 ($10.00) 13x19 ($15.00). Shipping is always FREE to anywhere in the US and $10.00 for outside the US.

          Please visit our eBay store to find other great photos. We list 500 new photos each week. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 Business day of receiving payment. We ship via USPS First Class Mail. We use a protective plastic sleeve and cardboard and clearly stamp PHOTOGRAPHS DO NOT BEND on the front and back of your envelope to prevent any damage to your photo.

          Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record from our customers. So Buy With Confidence. We will leave you a Positive 5 Star Feedback when you pay and would greatly appreciate you doing the same for us when you the item. Thanks again and if you have ANY questions please feel free to email us.

| **Questions and answers about this item** |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

Sponsored Links

Charisma Carpenter 8x10 photo picture Autographed See-19 | eBay

    

Charisma
Carpenter Photo

$9.50

Charisma
Carpenter Photo -

$9.50

Charisma
Carpenter Hand

$69.99

Charisma
Carpenter Poster

$15.99

Charisma
Carpenter Poster

$8.49

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                Return to top

More to explore :   Photo Cube Picture Frames,    Photo Holder Picture Frames,    Canon 13" x 19" Super B/A3+ Printer Photo Paper,
13" x 19" (Super B/A3 ) Printer Photo Paper,    Umbra Photo Holder Picture Frames,    Unbranded Photo Holder Picture Frames

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Information Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# Exhibit 19



Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact LABOR DAY DEALS Shop now ▸ My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Photographic Images > Contemporary (1940-Now) > Celebrity > Movies

**BUY 3, GET 1 FREE (add 4 to cart)** See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell now

# Charisma Carpenter 8x10 photo picture AMAZING Must See!! #35

Item condition: --

"This photo is in Mint Condition"

Time left: 28d 14h 9/29, 10:52PM

Price: US $6.99

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | Located in United States

Add to watch list

**Seller information**
halidoncorporation (2543 ★)
99.9% Positive feedback
Top Rated Plus

Follow this seller

Visit store: Halidon Corporation

See other items

LEARN HOW TO EARN $30 BACK
as a statement credit if you are approved for a new eBay MasterCard® account.
Learn More

Shipping: **FREE** Economy Shipping | See details
Item location: Lewes, Delaware, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Tue. Sep. 6 and Wed. Sep. 14**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## BUY 3, GET 1 FREE (add 4 to cart)* See all eligible items ▸

**Buy Any 3 8x10 photos Get Another 1 FREE**
Discount will be applied when you add promotional items from **halidoncorporation** to your cart

All promotional offers from halidoncorporation

**Current item**

See all

**Save now! Buy 3 more**

| | |
|---|---|
| Charisma Carpenter 8... | $6.99 |
| Subtotal: | US $6.99 |

Add to cart

| Charisma Carpenter 8x10 photo picture AMAZING Must See!! #35 | Alyssa Milano 8x10 photo picture AMAZING Must See!! #13aa | Chuck Norris 8x10 photo picture AMAZING Must See!! |
|---|---|---|
| $6.99 | $6.99 | $6.99 |

\* Value of least expensive qualifying item will be discounted from the subtotal amount.

Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

| **Description** | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  322246512491

| Seller Notes: | " This photo is in Mint Condition " |
|---|---|

**Halidon Corporation**
halidoncorporation (2543 ★)    99.9%

Visit Store:    Halidon Corporation

🖳 Sign up for newsletter

     BUY 3 GET ANOTHER 1 FREE!! All Photographs are 8x10 in size and printed in a photo lab. If you see a photo that you like we can also print them in various other sizes like 4x6 ($1.99) 5x7 ($2.99) 11x14 ($10.00) 13x19 ($15.00). Shipping is always FREE to anywhere in the US and $10.00 for outside the US.

     Please visit our eBay store to find other great photos. We list 500 new photos each week. Buyer to pay within 24 hours of winning auction. We only accept PayPal. We will ship within 1 Business day of receiving payment. We ship via USPS First Class Mail. We use a protective plastic sleeve and cardboard and clearly stamp PHOTOGRAPHS DO NOT BEND on the front and back of your envelope to prevent any damage to your photo.

     Please don't forget to check out our other great items for sale. We have been selling on eBay since 1998 and have a PERFECT 100% POSITIVE Feedback record from our customers. So Buy With Confidence. We will leave you a Positive 5 Star Feedback when you pay and would greatly appreciate you doing the same for us when you the item. Thanks again and if you have ANY questions please feel free to email us.

| **Questions and answers about this item** |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

Sponsored Links

    

| Charisma Carpenter Photo | Charisma Carpenter Photo - | Charisma Carpenter Hand | Charisma Carpenter Poster | Charisma Carpenter Poster |
| $9.50 | $9.50 | $69.99 | $15.99 | $8.49 |


LEARN HOW TO EARN $30 BACK
as a statement credit if you are approved for a new eBay MasterCard® account.   Learn More

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                    Return to top

More to explore :   Photo Cube Picture Frames,   Photo Holder Picture Frames,   Umbra Photo Holder Picture Frames,   Unbranded Photo Holder Picture Frames,
"Handmade" Photo Holder Picture Frames,   Kikkerland Photo Holder Picture Frames

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Information Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ









# Exhibit 20



# Exhibit 21



# Exhibit 22



# Exhibit 23

