JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY, INC., and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-09183-MWF-E<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>Honorable Michael W. Fitzgerald |

The Court, having reviewed the Joint Stipulation of Dismissal submitted by the parties pursuant to their confidential settlement agreement dated October 24, 2018 ("Settlement Agreement"), and for good cause appearing, HEREBY ORDERS that this action is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees. The Court reserves exclusive jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

Dated: November 7, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge